1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TAIFUSIN CHIU,                          No.  2:24-cv-01412-DAD-CSK (PS)

12              Plaintiff,

13        v.                                 ORDER ADOPTING IN FULL FINDINGS
                                             AND RECOMMENDATIONS AND
14   IU MIEN CHURCH, et al.,                 DISMISSING THIS ACTION

15              Defendants.                  (Doc. No. 8)

16

17

18        Plaintiff Taifusin Chiu is an individual proceeding *pro se* and *in forma pauperis* in this

19   action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. §

20   636(b)(1)(B) and Local Rule 302.

21        On November 20, 2024, the assigned magistrate judge screened plaintiff's complaint and

22   issued findings and recommendations recommending that plaintiff's complaint be dismissed

23   without leave to amend.  (Doc. No. 8 at 5.)  Specifically, the magistrate judge concluded that

24   plaintiff's complaint was "incoherent and unintelligible" and that plaintiff had consequently failed

25   to allege subject matter jurisdiction.  (*Id.* at 4.)

26        The pending findings and recommendations were served on the parties and contained

27   notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at

28   /////

                                             1

1    5.)  To date, no objections to the findings and recommendations have been filed, and the time in

2    which to do so has now passed.

3          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

4    *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the

5    findings and recommendations are supported by the record and by proper analysis.

6          Accordingly:

7          1.      The findings and recommendations issued on November 20, 2024 (Doc. No. 8) are

8                  adopted in full;

9          2.      Plaintiff's complaint is dismissed, without leave to amend; and

10         3.      The Clerk of the Court is directed to close this case.

11         IT IS SO ORDERED.

12    Dated:   **April 25, 2025**

13                                                       DALE A. DROZD
                                                         UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2